Отто A. Trumm, Appellant, v. The City of Long Beach, Respondent.

Submitted October 4, 1937; decided October 5, 1937.

*Thomas A. Saulsbury* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking and pays ten dollars costs within ten days, in which event the motion is denied.

International Harvester Company of America, Inc., Respondent, v. James P. Whelan et al., Respondents, and Bethlehem Steel Corporation et al., Appellants.

Submitted July 13, 1937; decided October 5, 1937.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 162.)